# IN THE UNITED STATES DISTRICT COURT FOR THE FILED
# EASTERN DISTRICT OF OKLAHOMA

JAN - 2 2008

William B. Guthrie
Clerk, U.S. District Court

By_____
Deputy Clerk

RICHARD LEE LEWIS, )
 )
  Plaintiff, )
 )
v. ) No. CIV 07-433-RAW-SPS
 )
CRYSTA PINK, et al., )
 )
  Defendants, )

## OPINION AND ORDER
## DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff, an inmate incarcerated at Oklahoma State Penitentiary in McAlester, Oklahoma, has filed a motion for leave to proceed *in forma pauperis* in this civil rights action. He alleges in his complaint that the defendants have unconstitutionally deprived him of his personal televison set and have prevented him from exhausting his administrative remedies for his claim.

Plaintiff's complaint omits all references to his prior lawsuits, and he has written "N/A" in the section of the complaint where he is directed to list all previously dismissed actions or appeals. The court's records, however, indicate plaintiff has filed at least four other civil rights actions that were dismissed by this court as frivolous: *Lewis v. Keating*, No. CIV 02-284-FHS (E.D. Okla. Oct. 30, 2003); *Lewis v. Steward*, No. CIV 02-432-FHS (E.D. Okla. Sept. 25, 2003); *Lewis v. Wright*, No. CIV 02-523-FHS (E.D. Okla. Mar. Mar. 11, 2004); and *Lewis v. Mullin*, No. CIV 02-599-FHS (E.D. Okla. Feb. 18, 2004).

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that

it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical harm.

28 U.S.C. § 1915(g). Here, plaintiff clearly has accumulated more than three "strikes" under § 1915(g), and he admits in his complaint that he is not in imminent danger of serious physical injury.

**ACCORDINGLY,** plaintiff's motion for leave to proceed *in forma pauperis* [Docket #2] is DENIED. Plaintiff is directed to forward the $350.00 filing fee to the Court Clerk within twenty (20) days. The agency having custody of plaintiff is ordered to release funds from plaintiff's accounts, including plaintiff's trust account, for payment of the filing fee. Failure to comply with this order will result in dismissal of this action.

**IT IS SO ORDERED** this 2nd day of January 2008.

**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**

2